AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Shane Donavan LOCKLEAR | ) | Case No. 7:22-MJ-1026-BM |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 20, 2022 in the county of Robeson in the Eastern District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 US. 922(G)(1) | Possession of Firearm and Ammunition by a Convicted Felon |

This criminal complaint is based on these facts:
"see attached"

☑ Continued on the attached sheet.

_Terry Sampson_
Complainant's signature

Terry Sampson, ATF TFO
Printed name and title

On this date, Terry Sampson appeared before me via reliable electronic means, i.e., via telephone, was placed under oath, and attested to the contents of this Criminal Complaint.

Date: January 28, 2022

_[signature]_
Judge's signature

City and state: Raleigh, NC

U.S. Magistrate Judge, Brian S. Meyers
Printed name and title

CEM